# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TIARE TECHNOLOGY, INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:23-CV-00412-JRG-RSP |
| CHILI'S, INC., | § § § | (LEAD CASE) |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Tiare Technology, Inc. and Defendant Jo-Ann Stores, LLC. (Dkt. No. 81.) In the Motion, the parties represent that all claims and causes of action asserted between Plaintiff and Defendant Jo-Ann Stores, LLC in the above-captioned case have been resolved and request dismissal of the member action 2:23-415 with prejudice. (*Id.* at 2.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant Jo-Ann Stores, LLC in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk shall close Member Case No. 2:23-cv-415, but the Clerk of Court is directed to MAINTAIN AS OPEN the Lead Case, No. 2:23-cv-412.

**So ORDERED and SIGNED this 26th day of April, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE