## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TIARE TECHNOLOGY, INC., | § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 2:23-CV-00412-JRG-RSP |
| CHILI'S, INC., | § | |
| *Defendant*. | § | (LEAD CASE) |
| TIARE TECHNOLOGY, INC., | § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 2:23-CV-00417-JRG-RSP |
| PAPA MURPHY'S HOLDINGS, INC., PAP MURPHY'S INTERNATIONAL, LLC, MURPHY'S MARKETING SERVICES, INC., and PAP MURPHY'S COMPANY STORES, INC., | § | (MEMBER CASE) |
| *Defendant*. | § | |

## ORDER

Before the Court is the Agreed Motion to Dismiss With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by Plaintiff Tiare Technology, Inc. and Defendants Papa Murphy's Holdings, Inc., Papa Murphy's International, LLC, Murphy's Marketing Services, Inc., and Papa Murphy's Company Stores, Inc. (**Dkt. No. 88**). In the Motion, Tiare requests dismissal of all claims against the Papa Murphy's Defendants with prejudice, and dismissal of all counterclaims by the Papa Murphy's Defendants against Tiare with prejudice.

Having considered the Motion, and noting its agreed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against the Papa Murphy's Defendants in the above-captioned member case (Case No. 2:23-cv-417) are **DISMISSED WITH PREJUDICE**, and all counterclaims asserted by the Papa Murphy's Defendants against Plaintiff Tiare in the above-captioned member case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk shall close Member Case No. 2:23-cv-417, but in light of the live disputes in the remainder of this series of consolidated cases, the Clerk of Court is directed to MAINTAIN AS OPEN the Lead Case, No. 2:23-cv-412.

**So ORDERED and SIGNED this 7th day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE