# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| TIARE TECHNOLOGY, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> CHILI'S, INC., § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 2:23-CV-00412-JRG-RSP <br> (LEAD CASE) |

## ORDER

Before the Court is the Agreed Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Tiare Technology, Inc. and Defendant Chili's Inc. (Dkt. No. 100.) In the Motion, the parties represent that the above-captioned Lead Case has been resolved and request dismissal of the above-captioned Lead Case with prejudice. (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned Lead Case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned Lead Case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned Lead Case as no other parties remain.

**So ORDERED and SIGNED this 8th day of November, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE